IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Wendy M. Zuniga
_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

City of Memphis Et al.
MPD J. Clay, Director Rallings,
MPD Kevin Jackson, Heather Starks, Christopher Matthew,

(Enter above the full name of the defendant
or defendants in this action.)

RECEIVED 2019 MAR 20 PM 1:53

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.  Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (X)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit
         Plaintiffs: _____
         _____
         Defendants: _____
         _____

      2. Court (if federal court, name the district; if state court, name the county): _____

      3. Docket Number: _____
      4. Name of judge to whom case was assigned: _____
      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
      6. Approximate date of filing lawsuit: _____
      7. Approximate date of disposition: _____

Revised 4/18/08

II. Place of Present Confinement: _____
   A. Is there a prisoner grievance procedure in the institution?
      Yes ( )  No ( )
   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?      Yes ()  No ()
   C. If your answer is Yes:
      1. What steps did you take? _____
      _____
      2. What was the result? _____
      _____
   D. If your answer is No, explain why not: _____
   _____

III. Parties
   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)
   A. Name of Plaintiff **Wendy M. Zuniga**
      Address **1175 Weiner Rd Memphis TN 38122**

   (In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)
   B. Defendant **Memphis Police Dept. et al...** is employed as **MPD Officer Kevin Jackson, Jasper Clay, Heather Starks, Christopher Matthew**
      at **Memphis Police Dept.**

   C. Additional Defendants: **Jim Strickland, Director Rallings**
   _____
   _____

IV. Statement of Claim

   State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

   **Will add My Internal Affair Report. Will add the Reports Recomendation**

   **March 20, 2018 I WENDY ZUNIGA WAS ASSAULTED, Unlawful and non probable Detained, After following Command from (cannot reasonably say whom w/o Body Cam footage) Either Kevin Jackson whom isn't logged on event log or Christopher Mathew (prior as Unknown already being investigated for Dead Body left in van 49 days at city impound) I can't say who but I know**

-2-                                                                                                                      Revised 4/18/08

Its a MPD officer Denied me Medical Supervisor and Physically harmed me MPD came in my home w/o warrant

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want Jury Trial I want officer after confirmation to whom it is arrested for assault while under color of law I want to be justified. I never was charged with a crime released with arms bloody Either or charged assault Battery I want Damages for Pain and Suffering I want to sue under GTLA Claims and Violation of my Due Process Civil Rights and harm against myself

VI. Jury Demand

I would like to have my case tried by a jury. Yes (X) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this 26 day of March, 20 19.

Wendy M. Zuniga
(Signature of Plaintiff/Plaintiffs)

-3-